THIS OPINION HAS NO PRECEDENTIAL VALUE

THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 
 
 

v.

 
 
 
 Anne Marie Massey, Appellant.
 
 
 

Appeal From Dorchester County
Deadra L. Jefferson, Circuit Court Judge

Unpublished Opinion No. 2005-UP-258
Submitted April 1, 2005  Filed April 7, 2005

APPEAL DISMISSED

 
 
 
 Assistant Appellate Defender Aileen P. Clare, of Columbia, for Appellant.
 Attorney General Henry D. McMaster, Chief Deputy Attorney General John W. McIntosh, and Assistant Deputy Attorney General Salley W. Elliott, all of Columbia; and Robert Douglas Robbins, of Charleston, for Respondent.
 
 
 

PER CURIAM:  Appellant, Anne Marie Massey, was indicted for and pled guilty to failing to stop for a blue light.  The trial judge sentenced Massey to one year, suspended upon service of ninety days with eighteen months of probation.  Masseys counsel attached to the brief a petition to be relieved as counsel, stating that she had reviewed the record and concluded this appeal lacks merit.  Massey did not file a separate pro se brief.  We dismiss pursuant to Anders v. California, 386 U.S. 738 (1967) and State v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991).  Counsels petition to be relieved is granted.1
APPEAL DISMISSED.  
GOOLSBY, HUFF, and STILWELL, JJ., concur.

1 We decide this case without oral argument pursuant to Rule 215, SCACR.